In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands along the Northerly Shore of Jamaica Bay in the Boroughs of Brooklyn and Queens for the Improvement of the Water Front.

HARRY A. HANBURY, Appellant.

Argued May 27, 1937; decided July 13, 1937.

*Leon Sacks* for appellant.

*Paul Windels, Corporation Counsel (Lewis Orgel, Paxton Blair* and *Alfred D. Jahr* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.